JAMES WOLSTENHOLME AND OTHERS *v.* THE WOLSTEN-
HOLME FILE MANUFACTURING COMPANY.

CROSS appeals from a judgment entered upon the report of a
referee.

The judgment was $3,085.84, damages and costs in favor of the
plaintiffs.

The defendant appealed from the judgment, upon the ground
that the plaintiffs were not entitled to recover any judgment, and
the plaintiffs appealed upon the ground that they were entitled to
recover a greater amount of damages.

All the questions of law in this case were decided on a former
appeal, the decision in which is reported in 3 Lansing, 464.

*Benj. H. Austin,* for the plaintiff.

*E. C. Sprague,* for the defendant.

Opinion by MORGAN, J.

MULLIN, P. J., concurred.    SMITH, J., did not sit.

Judgment affirmed.

---

ANN H. PRESTON, RESPONDENT, *v.* ELMORE P. RUSS,
IMPLEADED, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon
the report of a referee.

The General Term *held,* that the findings of the referee were
supported by the evidence, and affirmed the judgment.

*D. Pratt,* for the appellant.

*Edwin Allen,* for the respondent.

Opinion by SMITH, J.

Present — MULLIN, P. J., SMITH and MORGAN, JJ.

Judgment affirmed